JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Humberto Estrada, Michael Booker, Paul Conley Jr., and Kevin Quinn

## DEFENDANTS
Ecology Services Refuse and Recycling, LLC., Cordoba Enterprises, LLC., Peter Osborne and Timothy Osborne

**(b)** County of Residence of First Listed Plaintiff: Anne Arundel County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Howard
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Deyka W. Spencer, The Spencer Firm, LLC.,
2275 Research Blvd Suite 500, Rockville, MD, 20850
301-637-2866

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 710 Fair Labor Standards Act

## V. ORIGIN
(Not marked)

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 29 U.S.C. sections 201 et seq.
Brief description of cause: Defendants failed to pay employees overtime properly

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 796,456.89
JURY DEMAND: [X] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: George L. Russell III
DOCKET NUMBER: 1:16-cv-01276-GLR

DATE: 02/16/2017
SIGNATURE OF ATTORNEY OF RECORD: *Deyka W. Spencer*

FOR OFFICE USE ONLY
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE