IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HUMBERTO ESTRADA, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No: 1:17-cv-00496-GLR |
| v. ) | |
| ) | |
| ECOLOGY SERVICES REFUSE & ) | |
| RECYCLING, LLC, EL AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiffs' and Defendants' Joint Motion to Approve Settlement, it is this 31st day of January, 2019, hereby

ORDERED, that the settlement reached by the parties in the above-captioned matter is approved; and it is further

ORDERED, that the above-captioned matter is dismissed with prejudice.

_____
Hon. George L. Russell, III
U.S. District Court for the District of Maryland

4825-8739-8759, v. 1